FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DALE PARKER, | ) NO. CV 08-3864-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| SAN BERNARDINO SUPERIOR COURT, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: June 20, 2008.

RONALD S.W. LEW

_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE